| US7739238 | Xlibris ("The accused instrumentality") |
|---|---|
| 1. A file sharing method comprising: | The accused instrumentality practices a file (e.g., eBooks, etc.) sharing method.<br><br>As shown below, the accused instrumentality allows customers to publish eBooks and download them. Authors or vendors can publish these eBooks on the accused instrumentality's website. The customers can download these eBooks only after purchasing them.<br><br><br><br>https://www.xlibris.com/en/ |

# Xlibris Publishing Packages

Xlibris offers an array of publishing packages created to make your literary journey easier. After you write and edit your book, we complete the design of the interior and cover, get your book listed by big distributors and online stores, then print-on-demand as orders come in, and pay royalties on each sale. And you retain all the rights to your work at every stage.

https://www.xlibris.com/en/services

## When you publish with Xlibris you will:

- Access quality publishing, editing & book marketing services
- Keep full creative control and copyright ownership over your book
- Distribute your book globally

https://www.xlibris.com/en/get-started



https://www.xlibris.com/en/services

|  | Xlibris is by far the easiest, fastest and most dynamic publishing experience. Our team of experts will guide you step-by-step through the process until your manuscript is a complete, published book. The steps to publishing through Xlibris are quick and easy. From selecting a package, submitting your materials, approving the formatted interior and cover design, you'll be surprised at how easy self-publishing can be. The flexibility of the design elements, choices and optional additional services offer a dynamic experience that is a perfect fit for many different types of authors. Since we understand the importance of customer support, we also have a support team standing by to lend a hand if you need help during the process.<br><br>https://www.xlibris.com/en/xl-faq/publishing-with-xlibris/why-should-i-choose-xlibris-over-other-book-publishers |

|  | Xlibris offers a wonderful opportunity to writers and authors who prefer to make their own choices and remain in control of their books. Since you retain ownership of the rights to your published book, you remain in control of the content in your manuscript. Plus, you will reap any financial earnings if you decide to publish with another publisher in the future, sell your manuscript to a movie production company, or if any other opportunities arise.<br><br>https://www.xlibris.com/en/xl-faq/publishing-with-xlibris/why-should-i-choose-xlibris-over-other-book-publishers |

Once published, your book will be available for purchase through our online bookstore on our website. Plus, you get an ISBN and Channel Distribution which means your book is available to anyone in the Ingram Book Network. Using Print-on-Demand technology, our printer can supply an infinite number of copies of your book. No matter the size of the order, small or large, books are conveniently printed whenever an order is placed, so you never have to deal with up front printing costs or storing books that you don't need.

https://www.xlibris.com/en/xl-faq/publishing-with-xlibris/why-should-i-choose-xlibris-over-other-book-publishers

# What is an e-book?

An e-book, or electronic book, is a digital format or a soft copy of a printed book. It makes a traditional book readable through various electronic devices like computers, portable readers, mobile gadgets, phones and more with the help of various e-book reading software. This service is offered across all publishing packages.

https://www.xlibris.com/en/xl-faq/e-book-faqs/what-is-an-e-book

**.pdf**

This format stands for "Portable Document Format." The PDF format was created by Adobe Systems and is highly compatible with PCs, Macs and Linux systems. PDF files can also be viewed directly on the Web with Adobe Reader. With our e-book publishing option, PDF e-books are available for purchase at Xlibris's Bookstore.

https://www.xlibris.com/en/xl-faq/e-book-faqs/what-types-of-e-book-publishing-formats-are-there

|  | Xlibris gives authors a royalty rate of ten percent (10%) through our distribution channels for print formats. Royalties are based on the payments we actually receive from the sale of printed copies of your book, less any shipping and handling charges or sales and use taxes. Also, we offer discounts to retail and wholesale customers, so the royalty amount you receive depends on what type of customer (i.e. retail or wholesale) bought your book and any discount they received. For each royalty-qualifying sale in print format through our website bookstores, you will receive twenty-five percent (25%) of the retail price.<br><br>https://www.xlibris.com/en/xl-faq/royalties/how-does-xlibris-calculate-royalty-payments |

<table>
<tr>
<td></td>
<td>

## New Releases


H.A.P.P.E.E A.C.T.
"Belle" (Martha) Heppard
$16.99


Dead Ends on a Direct Road
Jordan O. Salzano
$16.99


Injustice Sociale en Haïti
Rév. Dr. Wilguymps Charles
$18.99


Is Your Church God's Church
Cardinal Michiel J Rupert
$13.99

https://www.xlibris.com/en/bookstore
</td>
</tr>
<tr>
<td>receiving a request from a first user computing device for at least one file;</td>
<td>

The accused instrumentality practices receiving a request (e.g., a search request) from a first user computing device (e.g., a tablet, a smartphone, etc.) for at least one file (e.g., eBooks, etc.).

As shown below, the accused instrumentality allows a customer to search eBooks uploaded by various authors, vendors, etc.
</td>
</tr>
</table>

# What is an e-book?

An e-book, or electronic book, is a digital format or a soft copy of a printed book. It makes a traditional book readable through various electronic devices like computers, portable readers, mobile gadgets, phones and more with the help of various e-book reading software. This service is offered across all publishing packages.

https://www.xlibris.com/en/xl-faq/e-book-faqs/what-is-an-e-book

Here are just a few of the most common e-book publishing formats available to:

**.epub**

The EPub format is an open standard for e-books that was established by the International Digital Publishing Forum. This format is based on XHTML and XML, and is a popular format choice for a wide range of devices. When you take advantage of Xlibris's e-book publishing service, your book will be available in this format, which is compatible with Barnes and Noble's Nook, Kobo, iPhone/iPod Touch/iPad, and the Google Play Books.

https://www.xlibris.com/en/xl-faq/e-book-faqs/what-types-of-e-book-publishing-formats-are-there

**.pdf**

This format stands for "Portable Document Format." The PDF format was created by Adobe Systems and is highly compatible with PCs, Macs and Linux systems. PDF files can also be viewed directly on the Web with Adobe Reader. With our e-book publishing option, PDF e-books are available for purchase at Xlibris's Bookstore.

https://www.xlibris.com/en/xl-faq/e-book-faqs/what-types-of-e-book-publishing-formats-are-there

**Key Search Words** help a reader who is interested in the subject matter of your book locate it on the Xlibris bookstore website. It is not necessary to include words from the title or the author name here. Good keywords might include things like time and place (14th Century England) or other elements of the book (dragon, druids, elves).

https://www.xlibris.com/en/xl-faq/additional-resources-for-submission/walking-through-an-online-submission

# How can I find the link to my book detail page?

- Please visit the bookstore (Xlibris BookStore) and search for your title or pen name. Find your book in the search results and click on the title to be taken to your book detail page.
- If you cannot find the link, contact Xlibris customer support at info@xlibris.com.

https://www.xlibris.com/en/xl-faq/xlibris-bookstore/how-can-i-find-the-link-to-my-book-detail-page



https://www.xlibris.com/en/bookstore



https://www.xlibris.com/en/search?query=dead+end



https://www.xlibris.com/en/bookstore/bookdetails/792261-dead-end

| searching for a second user computing device possessing a copy of said file; | The accused instrumentality practices searching for a second user computing device (e.g., a device of an operator of the accused instrumentality) possessing a copy of said file (e.g., an eBook, etc.).<br><br>As shown below, the accused instrumentality allows a customer to search eBooks uploaded by various authors, vendors, etc. Further, the server of the accused instrumentality retrieves the available eBook for the user request. |
| --- | --- |



https://www.xlibris.com/en/search?query=dead+end



**Dead End**

by Kenn Gordon

a file

Formats

| Softcover | E-Book |
| $20.17 | $4.99 |

E-Book

**$4.99**

Add To Cart

https://www.xlibris.com/en/bookstore/bookdetails/792261-dead-end



## SERVICES AND DISTRIBUTION AGREEMENT

By signing this Services and Distribution Agreement, You engage Get Publishing! LLC (a Delaware limited liability company), a subsidiary of Author Solutions, LLC doing business as Xlibris ("We," "Our" and "Us") to provide certain creative, design, illustration, publishing, and editorial services ("Publishing Services"), marketing and promotional services ("Marketing Services"), as well as book sale and distribution services ("Distribution") [collectively referred to as the "Services"], with the objective of publishing, selling and/or distributing a literary work in print, digital, video, and/or audio format (the "Work"). The specific Services purchased by You may be purchased individually or bundled into a "Publishing Package," and will be set forth in one or more separate "Service Orders." This Agreement applies to and governs all Services provided by Us while this Agreement is in effect, as well as any acts incidental to the fulfillment of the Services or other responsibilities under this Agreement or applicable law. This Services and Distribution Agreement includes and incorporates by reference those additional terms and conditions included in Service Orders, receipts, and communications from Us, as well as Our Privacy Policy, any additional polices and/or legal notices included on Our websites, Content Guidelines, submission and approval forms, and any terms of use governing the use of Our websites and the Author Center (collectively referred to as the "Agreement"). The Agreement will continue in effect from the date it is first signed by You, until terminated as described below ("Term").

*Source: Services and distribution agreement.pdf*

During the Term of this Agreement and for the purpose of fulfilling the Services purchased by You and complying with Our obligations under this Agreement, with respect to the Work, Your Manuscript and Third Party Property licensed to You for use in the Work, You authorize, consent to and grant to Us and Our Contractors the following:

- The worldwide rights and license to display, exhibit, reproduce, digitize, modify, license, and otherwise use the information that You provide to Us about You (such as Your name or chosen pen name, image, likeness, appearance, voice, video footage, biographical and personal information, etc.) and information about the Work (such as the title, Your description of the Work, excerpts and images from the Work, etc.), in all materials created by Us or on Our behalf that incorporate any of the information above, in any format and in all media;
- The worldwide rights and license to send free review copies of the Work to members of media and other potential book reviewers or book sellers, in Our sole discretion;
- The worldwide rights and license to make excerpts or previews of the Work available for preview on websites or via other media, including the websites of certain unaffiliated third party retailers, such as Amazon, Google, and Apple, in Our sole discretion;

*Source: Services and distribution agreement.pdf*

# Xlibris

- The **exclusive**, transferable, worldwide license to manufacture, store, use, display, execute, reproduce (in whole or in part), transmit, modify (for example, for formatting purposes or to create authorized derivative works), import, make, have made, offer to sell, print, publish, market, sublicense, distribute, and sell (individually or as part of compilations of collective works), and license for use via any subscription model or lending model, through all distribution channels available now or as may become available in the future, in any language, in any format, and via any medium, now known or hereafter devised, selected in Our sole discretion and consistent with the Services You purchase, the Work;

*Source: Services and distribution agreement.pdf*

As shown below, the accused instrumentality utilizes CDN network. A CDN network checks which computing device (e.g., search for a second computing device, etc.) has cached the desired content. If it is not cached in hierarchy, it goes to an origin computing device for the content.

Content Delivery Network                                    Global Trends

**a CloudFront**

CloudFront Usage Statistics · Download List of All Websites using CloudFront

Amazon CloudFront is a web service for content delivery. It integrates with other Amazon Web Services to give developers and businesses an easy way to distribute content to end users with low latency, high data transfer speeds, and no commitments.

**a Amazon S3**

Amazon S3 Usage Statistics · Download List of All Websites using Amazon S3

Amazon Simple Storage provides unlimited storage to developers and online businesses - saving costs and increase storage reliability.

https://builtwith.com/xlibris.com

A Content Delivery Network (CDN) is a geographically distributed network of servers and data centers designed to deliver web content to users more efficiently and reliably. It works by caching content at edge servers located closer to end-users, reducing latency and improving website performance.



CDN Layers

https://medium.com/@roopa.kushtagi/a-z-of-content-delivery-networks-cdn-making-the-internet-faster-and-more-reliable-57786b46a058

| | |
|---|---|
| | In this structure, the CDN proxy servers are organized into a hierarchy resembling a tree, with edge proxy servers at the bottom and parent proxy servers above them. The edge proxy servers, which are closest to the end-users, have peer servers within the same hierarchy. These peer servers receive data from the parent nodes in the tree, which, in turn, receive data from the origin servers.<br><br>The data distribution process involves copying content from the origin server to the proxy servers by traversing different paths within the tree structure. Each level of the hierarchy plays a role in propagating content downstream to the edge servers, ensuring efficient delivery to end-users.<br><br>https://medium.com/@roopa.kushtagi/a-z-of-content-delivery-networks-cdn-making-the-internet-faster-and-more-reliable-57786b46a058 |
| allowing said first user to download said file to a hard drive of a first user computing device from a second user computing device possessing a copy of said file, provided that said file does not include a file tag indicating a gap in ownership where one or more content owners were not compensated; | The accused instrumentality practices allowing said first user (e.g., a user of the accused instrumentality) to download said file (e.g., downloading a eBook, etc.) to a hard drive of a first user computing device (e.g., a tablet, a smartphone, etc. of a user of the accused instrumentality) from a second user computing device (e.g., a device of an operator of the accused instrumentality) possessing a copy of said file (e.g., a eBook, etc.), provided that said file (e.g., a eBook, etc.) does not include a file tag (e.g., a metadata, etc.) indicating a gap in ownership (e.g., copyright of eBooks, etc.) where one or more content owners (e.g., authors, vendors, etc.) were not compensated.<br><br>As shown below, the accused instrumentality allows a customer to search eBooks uploaded by various authors, vendors, etc. The customer can download these eBooks only after purchasing them. The author or vendor owns copyright for their published eBooks. Also, the accused instrumentality reviews uploaded eBooks by the authors, vendors, etc. along with a metadata of the content. Thus, the customer can download only those eBooks that satisfy the content license agreement specified by the accused instrumentality. |

# What is an e-book?

An e-book, or electronic book, is a digital format or a soft copy of a printed book. It makes a traditional book readable through various electronic devices like computers, portable readers, mobile gadgets, phones and more with the help of various e-book reading software. This service is offered across all publishing packages.

https://www.xlibris.com/en/xl-faq/e-book-faqs/what-is-an-e-book

# Will my e-book be readable on iPad, iPhones, and other smart devices?

Yes, Xlibris e-books are supported by, and are compatible with most e-book readers across all platforms. This includes, but is not limited to, iPad, Amazon Kindle, and Barnes and Noble Nook.

https://www.xlibris.com/en/xl-faq/e-book-faqs/will-my-e-book-be-readable-on-ipad-iphone-and-other-smart-devices

Here are just a few of the most common e-book publishing formats available to:

**.epub**

The EPub format is an open standard for e-books that was established by the International Digital Publishing Forum. This format is based on XHTML and XML, and is a popular format choice for a wide range of devices. When you take advantage of Xlibris's e-book publishing service, your book will be available in this format, which is compatible with Barnes and Noble's Nook, Kobo, iPhone/iPod Touch/iPad, and the Google Play Books.

https://www.xlibris.com/en/xl-faq/e-book-faqs/what-types-of-e-book-publishing-formats-are-there

**.pdf**

This format stands for "Portable Document Format." The PDF format was created by Adobe Systems and is highly compatible with PCs, Macs and Linux systems. PDF files can also be viewed directly on the Web with Adobe Reader. With our e-book publishing option, PDF e-books are available for purchase at Xlibris's Bookstore.

https://www.xlibris.com/en/xl-faq/e-book-faqs/what-types-of-e-book-publishing-formats-are-there



https://www.xlibris.com/en/bookstore



https://www.xlibris.com/en/search?query=dead+end



## Dead End
by Kenn Gordon

a file

Formats

| Softcover | E-Book |
| $20.17 | $4.99 |

E-Book

**$4.99**

Add To Cart

https://www.xlibris.com/en/bookstore/bookdetails/792261-dead-end



https://www.xlibris.com/en/bookstore/shoppingcart

# Xlibris Publishing Packages

Xlibris offers an array of publishing packages created to make your literary journey easier. After you write and edit your book, we complete the design of the interior and cover, get your book listed by big distributors and online stores, then print-on-demand as orders come in, and pay royalties on each sale. And you retain all the rights to your work at every stage.

https://www.xlibris.com/en/services

## When you publish with Xlibris you will:

- Access quality publishing, editing & book marketing services
- Keep full creative control and copyright ownership over your book
- Distribute your book globally

https://www.xlibris.com/en/get-started

# Do I still own the rights to my book if I publish with Xlibris?

Yes. You retain ownership of the rights to your book. Unlike traditional publishers, you keep the rights after the book is published.

https://www.xlibris.com/en/xl-faq/publishing-with-xlibris/do-i-still-own-the-rights-to-my-book-if-i-publish-with-xlibris

# What is content evaluation?

Content evaluation is the process in which Xlibris assesses your manuscript to ensure that it meets our content guidelines for publishing. We review manuscripts and materials for content that may violate the law of the rights others (such as defamation or copyright infringement), or which may be excessively inappropriate or offensive.

https://www.xlibris.com/en/xl-faq/content-evaluation/what-is-content-evaluation

# Why does my book undergo a content evaluation?

We perform content evaluations on all books to maintain a standard of publishing for our authors' work and to identify areas in your manuscript that could potentially put you at copyright and/or libel risk.

https://www.xlibris.com/en/xl-faq/content-evaluation/why-does-my-book-undergo-a-content-evaluation



## SERVICES AND DISTRIBUTION AGREEMENT

By signing this Services and Distribution Agreement, You engage Get Publishing! LLC (a Delaware limited liability company), a subsidiary of Author Solutions, LLC doing business as Xlibris ("We," "Our" and "Us") to provide certain creative, design, illustration, publishing, and editorial services ("Publishing Services"), marketing and promotional services ("Marketing Services"), as well as book sale and distribution services ("Distribution") [collectively referred to as the "Services"], with the objective of publishing, selling and/or distributing a literary work in print, digital, video, and/or audio format (the "Work"). The specific Services purchased by You may be purchased individually or bundled into a "Publishing Package," and will be set forth in one or more separate "Service Orders." This Agreement applies to and governs all Services provided by Us while this Agreement is in effect, as well as any acts incidental to the fulfillment of the Services or other responsibilities under this Agreement or applicable law. This Services and Distribution Agreement includes and incorporates by reference those additional terms and conditions included in Service Orders, receipts, and communications from Us, as well as Our Privacy Policy, any additional polices and/or legal notices included on Our websites, Content Guidelines, submission and approval forms, and any terms of use governing the use of Our websites and the Author Center (collectively referred to as the "Agreement"). The Agreement will continue in effect from the date it is first signed by You, until terminated as described below ("Term").

*Source: Services and distribution agreement.pdf*

1. **RIGHTS AND LICENSES**

The Work is made up of intellectual property that may fall into five categories: (1) Your Manuscript; (2) Custom Illustrations; (3) Our Work Product; (4) Our Property; and (5) Third Party Property.

Your Manuscript includes the text of the Work, in its original form as submitted by You and as edited by Us during the fulfillment of editorial Services purchased by You, and graphics or other materials, all owned or authorized in writing by the owners to be submitted by You to be incorporated into the Work. **YOU WILL REMAIN THE SOLE AND EXCLUSIVE OWNER(S) OF ALL RIGHT, TITLE, AND INTEREST, INCLUDING COPYRIGHT, IN AND TO YOUR MANUSCRIPT.**

You are and will remain the sole and exclusive owner of all custom illustrations that We create pursuant to this Agreement ("Custom Illustrations"), which are deemed work for hire. Custom Illustrations do not include Third Party Property, as described below.

*Source: Services and distribution agreement.pdf*

During the Term of this Agreement and for the purpose of fulfilling the Services purchased by You and complying with Our obligations under this Agreement, with respect to the Work, Your Manuscript and Third Party Property licensed to You for use in the Work, You authorize, consent to and grant to Us and Our Contractors the following:

- The worldwide rights and license to display, exhibit, reproduce, digitize, modify, license, and otherwise use the information that You provide to Us about You (such as Your name or chosen pen name, image, likeness, appearance, voice, video footage, biographical and personal information, etc.) and information about the Work (such as the title, Your description of the Work, excerpts and images from the Work, etc.), in all materials created by Us or on Our behalf that incorporate any of the information above, in any format and in all media;
- The worldwide rights and license to send free review copies of the Work to members of media and other potential book reviewers or book sellers, in Our sole discretion;
- The worldwide rights and license to make excerpts or previews of the Work available for preview on websites or via other media, including the websites of certain unaffiliated third party retailers, such as Amazon, Google, and Apple, in Our sole discretion;

*Source: Services and distribution agreement.pdf*

**Xlibris**

- The **exclusive**, transferable, worldwide license to manufacture, store, use, display, execute, reproduce (in whole or in part), transmit, modify (for example, for formatting purposes or to create authorized derivative works), import, make, have made, offer to sell, print, publish, market, sublicense, distribute, and sell (individually or as part of compilations of collective works), and license for use via any subscription model or lending model, through all distribution channels available now or as may become available in the future, in any language, in any format, and via any medium, now known or hereafter devised, selected in Our sole discretion and consistent with the Services You purchase, the Work;

*Source: Services and distribution agreement.pdf*

| | |
|---|---|
| processing a debit of an account on a server corresponding to said first user;<br><br>**Col 15: lines 56-58** | The accused instrumentality practices processing a debit of an account (e.g., charging user's account) on a server (e.g., a payment server of a user) corresponding to said first user (e.g., a user of the accused instrumentality).<br><br>As shown below, the accused instrumentality allows a customer to search eBooks uploaded by various authors, vendors, etc. The customer can download these eBooks only after purchasing them. Further, the customer account is charged and thereby granting license to download and read the selected eBook. |

| | |
|---|---|
| *The server thus proceeds, in step 110, to charge User 1 a monetary amount (Dollar, Euro, etc.) for the downloading of File A.*<br><br>**Col 15: lines 66-67**<br>**Col 16: lines 1-5**<br><br>*<u>The User may also have the option of selecting how they would like to pay for the file, for example, with a credit card, paypal,</u> debiting a gift card, deducting credits from the user's account and the like. Information regarding a user's payment accounts or methods and payment preference may be stored on the server.* | <br>https://www.xlibris.com/en/search?query=dead+end |



https://www.xlibris.com/en/bookstore/bookdetails/792261-dead-end

As shown below, the accused instrumentality allows a customer download the eBook only after purchasing it.



https://www.xlibris.com/en/bookstore/shoppingcart

| processing a credit of an account on a server corresponding to said second user; and | The accused instrumentality practices processing a credit of an account on a server (e.g., a payment server of the accused instrumentality) corresponding to said second user (e.g., an operator of the accused instrumentality).<br><br>As shown below, the accused instrumentality allows a customer to search eBooks uploaded by various authors, vendors, etc. The customer can download these eBooks only after purchasing them. Further, the customer account is charged, and the accused instrumentality receives the payment, thereby granting license to download and read the selected eBook. |
| --- | --- |

# What is an e-book?

An e-book, or electronic book, is a digital format or a soft copy of a printed book. It makes a traditional book readable through various electronic devices like computers, portable readers, mobile gadgets, phones and more with the help of various e-book reading software. This service is offered across all publishing packages.

https://www.xlibris.com/en/xl-faq/e-book-faqs/what-is-an-e-book

**.pdf**

This format stands for "Portable Document Format." The PDF format was created by Adobe Systems and is highly compatible with PCs, Macs and Linux systems. PDF files can also be viewed directly on the Web with Adobe Reader. With our e-book publishing option, PDF e-books are available for purchase at Xlibris's Bookstore.

https://www.xlibris.com/en/xl-faq/e-book-faqs/what-types-of-e-book-publishing-formats-are-there



https://www.xlibris.com/en/search?query=dead+end



https://www.xlibris.com/en/bookstore/bookdetails/792261-dead-end

As shown below, the accused instrumentality allows a customer download the eBook only after purchasing it.



https://www.xlibris.com/en/bookstore/shoppingcart

| processing a license fee to at least one content owner of said file. | The accused instrumentality practices processing a license fee (e.g., royalties) to at least one content owner (e.g., an author, vendor, etc.) of said file (e.g., eBook, etc.).<br><br>As shown below, the accused instrumentality allows a customer to search eBooks uploaded by various authors, vendors, etc. The customer can download these eBooks only after purchasing them. Further, the customer account is charged, and the accused instrumentality receives the payment, thereby granting license to download the selected eBook. When the customer uses or purchases these eBooks, authors or vendors (e.g., a content owner) earn royalties based on the performance of the content. |
| --- | --- |

# Xlibris Publishing Packages

Xlibris offers an array of publishing packages created to make your literary journey easier. After you write and edit your book, we complete the design of the interior and cover, get your book listed by big distributors and online stores, then print-on-demand as orders come in, and pay royalties on each sale. And you retain all the rights to your work at every stage.

https://www.xlibris.com/en/services

# How does Xlibris calculate Royalty payments?

Please note that Royalties are paid to you on all sales of your Work EXCEPT: (a) sales of used copies of the Work; (b) sales of the Work to yourself; and (c) copies of the Work given to any person or entity (e.g. the media) free of charge.

https://www.xlibris.com/en/xl-faq/royalties/how-does-xlibris-calculate-royalty-payments

|  | Xlibris gives authors a royalty rate of ten percent (10%) through our distribution channels for print formats. Royalties are based on the payments we actually receive from the sale of printed copies of your book, less any shipping and handling charges or sales and use taxes. Also, we offer discounts to retail and wholesale customers, so the royalty amount you receive depends on what type of customer (i.e. retail or wholesale) bought your book and any discount they received. For each royalty-qualifying sale in print format through our website bookstores, you will receive twenty-five percent (25%) of the retail price.<br><br>https://www.xlibris.com/en/xl-faq/royalties/how-does-xlibris-calculate-royalty-payments |

# Where can I check my e-book royalties?

E-book sales and royalties can be tracked through your Author Center, just like the printed version. Royalties for both printed and electronic book will be lumped together and sent to you via ONE royalty check or EFT transaction.

https://www.xlibris.com/en/xl-faq/e-book-faqs/where-can-i-check-my-e-book-royalties

# How am I paid for my royalties?

Royalties are calculated on a calendar quarter basis. Royalties due will be paid in United States Dollars (USD) within ninety (90) days after the end of each calendar quarter. The timing of actual receipt of the payment by the author may occur after these issuance dates. Royalties will be paid via electronic funds transfer (EFT). You must have a United States bank account to receive Royalties via EFT. We may accrue and withhold payment until the total amount of Royalties earned equals or exceeds seventy-five USD ($75). All held Royalties will be paid in full within ninety (90) days after the end of each calendar year.

https://www.xlibris.com/en/xl-faq/royalties/how-am-i-paid-for-my-royalties

# How much do I make from the sale of each copy?

You can review your royalty amounts using the Reports section of the Author Center. Just click on the title of your book and a .pdf document displaying the prices and royalty amounts for all ISBNs of that title will be generated.

https://www.xlibris.com/en/xl-faq/royalties/how-much-do-i-make-from-the-sale-of-each-copy

4. **ROYALTIES**

Royalties will be paid to You on all sales of the Work, EXCEPT: (a) sales of used copies of the Work; (b) sales of the Work directly from Us to You; (c) sales of offset print run copies of the Work ("Offset Books"), whether such sales are made by You directly or by Us on Your behalf; and (d) copies of the Work given to any person or entity free of charge.

You will receive the following Royalties, unless You purchase the Set Your Own Price and/or Author Advantage Royalty Programs, or the Author Advantage Royalty Program is included in Your Publishing Package:

- Ten percent (10%) of the Suggested Retail Price for each sale of the individual Work in print format through one of Our Contractors ("Indirect Sales");
- Twenty-five percent (25%) of the Suggested Retail Price for each sale of the individual Work in print format through Our online bookstore, if such bookstore option is available ("Direct Sales");
- Fifty percent (50%) of the difference of the Suggested Retail Price less promotional discounts, distribution discounts and sales taxes, for each sale of the individual Work in digital format through any distribution channel;

*Source: Services and distribution agreement.pdf*

# Xlibris

- One hundred percent (100%) of the difference of the Suggested Retail Price less promotional discounts, distribution discounts and sales taxes, for each sale of the individual Work in audio format through any distribution channel;
- Thirty percent (30%) of the revenue received by Us that is attributable to the Work for alternative distribution models (other than an individual sale of the Work in print, audio or digital format) that become available and are selected for Your Work (such as subscription or lending models).

If You purchase the Author Advantage Royalty and/or the Set Your Own Price Programs, or if the Author Advantage Royalty Program is included in Publishing Package, You will receive separate contracts that will set forth the terms of those Services ("Program Agreements"). For the period of time that You are enrolled in the Author Advantage Royalty and/or the Set Your Own Price Programs, You will be paid the Royalties listed in the Program Agreements, rather than the Royalties listed above.

Total sales of the Work and Royalties are calculated on a calendar quarter basis. Royalties due will be paid in United States Dollars (USD) within ninety (90) days after the end of each calendar quarter. **Payment of Royalties can be made only via electronic funds transfer (EFT) to a United States bank account**. **You must submit accurate bank information to Us in order to be paid Royalties.** Requests for alternative payment methods must be approved by Us, in Our sole discretion. If an alternative payment method is approved, additional fees will apply. We may accrue and withhold payment until the total amount of Royalties earned equals or exceeds seventy-five dollars ($75). All held Royalties will be paid in full within ninety (90) days after the end of each calendar year. Royalty payments may be reduced by any outstanding amounts You owe to Us, and are subject to garnishment. We reserve the right to determine or change the method of payment, in Our sole discretion.

*Source: Services and distribution agreement.pdf*